# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

G.D.P.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0228

————————————————

February 6, 2026

Appeal from the Circuit Court for Manatee County; Susan B. Maulucci, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.